# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL A. CAMPBELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-13-1187-R |
| OKLAHOMA COUNTY DISTRICT JUDGE VIRGIL BLACK, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this 27th day of March, 2014, this matter is DISMISSED.

IT IS SO ORDERED this 27TH day of March, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE